IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAMAR BERTUCCI, | ) | 8:15CV282 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| EDITH SIMPSON, MARK WEBB, | ) | |
| and SANDRA DENTON, | ) | |
| | ) | |
| Defendants. | ) | |

On November 25, 2015, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

DATED this 14th day of January, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge